```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NATHANIEL ROMEO ROJAS ACEVEDO,                  :
:
                        Plaintiff,              :
:                    25-cv-7189 (LJL)
        -v-                                     :
:                         ORDER
JUDITH ALMODOVAR et al,                         :
:
                        Defendants.             :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   Respondent is ordered to show cause why the petition shall not be granted. Such response shall be due not more than three days after service of this order absent an extension granted by the Court upon a showing of good cause. Petitioner shall not be removed from the District pending adjudication of the petition absent an order of this Court. Petitioner shall file proof of service on the docket.

   SO ORDERED.

Dated: September 2, 2025                    _____
       New York, New York                              LEWIS J. LIMAN
                                                  United States District Judge