UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NATHANIEL ROMEO ROJAS ACEVEDO, :
:
Petitioner, :
: 25-cv-7189 (LJL)
-v- :
: ORDER
JUDITH ALMODOVAR et al., :
:
Respondents. :
:
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025
```

LEWIS J. LIMAN, United States District Judge:

The parties are hereby ordered to appear for a telephonic conference before this Court on October 30, 2025 at 10:00 a.m. The parties are instructed to dial 646-453-4442 and dial access code 358639322. The Court will rule on the petition at the conference, with a written opinion to follow.

SO ORDERED.

Dated: October 29, 2025
New York, New York

LEWIS J. LIMAN
United States District Judge