```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATHANIEL ROMEO ROJAS ACEVEDO,

             Petitioner,

    -v-

JUDITH ALMODOVAR, et al.,

             Respondents.
------------------------------------------------------------------X

25-cv-7189 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The petition for a writ of habeas corpus is GRANTED. Respondents are ORDERED to immediately release Rojas from custody; and further, to certify compliance with the Court's order by a filing on the docket today, October 30, 2025.

    SO ORDERED.

Dated: October 30, 2025
       New York, New York

                                    LEWIS J. LIMAN
                                    United States District Judge